**Order entered August 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-16-00582-CV
_____

### WHITING OIL AND GAS CORPORATION, Appellant

### V.

### CRISSY ANN BELLAH, ET AL., Appellees

_____

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02502**

_____

## ORDER

We **GRANT** appellees' August 5, 2016 unopposed motion for an extension of time to file a brief and extend the time to **SEPTEMBER 19, 2016**. No further extension will be granted in this accelerated appeal absent extenuating circumstances.

/s/    ELIZABETH LANG-MIERS
       JUSTICE
